**Order entered June 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00668-CV

## DEDERIAN DEMOND HERRON, ET AL., Appellants

## V.

## ABIGAIL SALVADOR MUNOZ, ET AL., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-05553

## ORDER

Before the Court is American Access Casualty Company's Motion to Quash and Motion for Protective Order. American Access Casualty Company seeks to quash and obtain protection from a subpoena received from appellant Dederian Demon Herron commanding the directors of American Access Casualty Company to appear on June 20, 2018 with a check in the amount of $120,000,000 and to permit inspection and copying of certain documents and signatures "as seen on 3rd Amended Plaintiffs' Petition." We question whether this subpoena is valid and enforceable because it does not appear to be issued or served in accordance with Rule 176 of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 176. Nonetheless, the subpoena purports to seek to enforce a judgment and obtain post-judgment discovery. The trial court has continuing

jurisdiction over such post-judgment requests.  *Arndt v. Farris*, 633 S.W.2d 497, 499 (Tex. 1982); TEX. R. CIV. P. 621a.  Accordingly, we **DENY** the motion for want of jurisdiction.

/s/    ROBERT M. FILLMORE
JUSTICE